| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of  Delaware
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Get Notion, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Notion
   Comcast Neptune, LLc
   Loop Labs

3. **Debtor's federal Employer Identification Number** (EIN)

   8 4 – 4 7 7 3 9 6 3

4. **Debtor's address**

   **Principal place of business**

   7900 College Blvd.
   Number    Street

   Suite 128

   Overland Park, KS 66210
   City                State    ZIP Code

   Johnson
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City                State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   City                State    ZIP Code

5. **Debtor's website** (URL)    www.getnotion.com

Debtor  **Get Notion, LLC**  Case number (*if known*)_____
        Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br><br>___ ___ ___ ___ |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply*:<br>　☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.　District _____　When _____　Case number _____<br>　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　　　District _____　When _____　Case number _____<br>　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY |

Official Form 201　　　　　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　　　　　page **2**

Debtor  Get Notion, LLC
       Name

Case number (if known)

| | | |
|---|---|---|
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No<br>☒ Yes. | Debtor SmartHome Ventures, LLC    Relationship Sole Member<br>District Delaware    When 08/01/2024<br>                                    MM / DD / YYYY<br>Case number, if known 24-11640 (TMH) |
| List all cases. If more than 1, attach a separate list. | | |

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                          Number       Street

    _____

    _____  _____  _____
    City                            State       ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
            Contact name _____
            Phone _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:

    ☐ Funds will be available for distribution to unsecured creditors.
    ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000
    ☐ 50-99     ☐ 5,001-10,000     ☐ 50,001-100,000
    ☐ 100-199   ☐ 10,001-25,000   ☐ More than 100,000
    ☐ 200-999

---

Debtor  Get Notion, LLC
        Name

Case number (if known)

**15. Estimated assets**
- [X] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**
- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [X] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Oct 31, 2024
             MM  / DD / YYYY

X  /s/ Scott Ford
   Scott Ford (Oct 31, 2024 11:15 CDT)
   Signature of authorized representative of debtor

Scott Ford
Printed name

Chief Operating Officer

**18. Signature of attorney**

X  /s/ William D. Sullivan
   Signature of attorney for debtor

Date  10/31/2024
      MM  / DD / YYYY

William D. Sullivan
Printed name

Sullivan Hazeltine Allinson LLC
Firm name

919 North Market Street, Suite 420
Number    Street

Wilmington, DE 19801
City               State   ZIP Code

(302) 428-8191
Contact phone

bsullivan@sha-llc.com
Email address

2820
Bar number

DE
State

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Get Notion, LLC, | ) | Case No. 24-_____ (____) |
| | ) | |
| Debtor. | ) | Joint Administration Pending |

**LIST OF EQUITY SECURITY HOLDERS AND**
**CORPORATE OWNERSHIP STATEMENT**

In accordance with Rules 1007 and 7007.1 of the Federal Rules of Bankruptcy Procedure, the Debtor, Get Notion, LLC, submits the following information:

| Interest Holder | % Owned | Nature of Interest |
|---|---|---|
| SmartHome Ventures, LLC | 100% | |

Date: November 1, 2024
Wilmington, Delaware

SULLIVAN • HAZELTINE • ALLINSON LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com
whazeltine@sha-llc.com

*Proposed Counsel for Get Notion, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| GET NOTION, LLC, | ) | Case No. 24-_____ (____) |
| | ) | |
| Debtor. | ) | (Joint Administration Pending) |

**DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS**
**AND CORPORATE OWNERSHIP STATEMENT**

I, Scott Ford, Chief Operating Officer for Get Notion, LLC, declare under penalty of perjury that I reviewed the list and that it is true and correct as of October 31, 2024, to the best of my knowledge, information and belief.

Date: November 1, 2024

Signature:  */s/ Scott Ford*
Name: Scott Ford
Title: Chief Operating Officer

## GET NOTION LLC

### ACTION BY UNANIMOUS WRITTEN CONSENT
### OF THE SOLE MEMBER

October 30 2024

The undersigned, the Chapter 11 Trustee (the "Trustee") of SmartHome Ventures, LLC, the sole member of Get Notion LLC (the "Company"), a Delaware limited liability company, hereby adopts the following resolutions by written consent:

**WHEREAS,** no directors were appointed to manage the Company following its acquisition on December 14, 2022 and at all times since its acquisition by SmartHome Ventures, LLC, ("SmartHome") the Company has been managed by SmartHome, its sole member;

**WHEREAS,** the Trustee has considered the financial and operational conditions of the Company's business;

**WHEREAS,** the Trustee has reviewed, considered and received the advice of his professionals with respect to the options available to the Company, including the possibility of pursuing a restructuring or sale of the Company's business and assets under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS,** the Trustee has determined that the best available option for the Company is to pursue a sale of the Company's assets pursuant to the provisions of the Bankruptcy Code.

**NOW, THEREFORE, IT IS HEREBY RESOLVED** that upon consideration of the alternatives presented, the Trustee has determined in his business judgment that it is in the best interest of the Company, its creditors, members, and other interested parties and stakeholders that the Company file a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Petition") and pursue a sale of the Company's assets in accordance with the Bankruptcy Code; and it is

**RESOLVED FURTHER,** that the Trustee or any officer or person designated by the Trustee and so authorized to act (each, an "Authorized Person") be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company to execute, verify and file all documents necessary or appropriate in connection with the filing of the Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings and other papers in connection with the Bankruptcy Petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's Chapter 11 case (the "Bankruptcy Case"); (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions as adopted herein; and it is

**RESOLVED FURTHER**, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ the law firm of Sullivan Hazeltine Allinson LLC as counsel to assist the Company in filing for relief under Chapter 11 of the Bankruptcy Code and in carrying out the Company's duties under Chapter 11 of the Bankruptcy Code; and it is

**RESOLVED FURTHER**, that any Authorized Person and such person as the Authorized Persons shall designate from time to time, and any employees or agents (including counsel) designated by or directed by any such persons be, and each hereby is, authorized, empowered, and directed in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any Authorized Person shall be or become necessary, proper, and desirable to effectuate the successful prosecution of the Bankruptcy Case; and it is

**RESOLVED FURTHER**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any Authorized Person in connection with the Bankruptcy Case, or any further action to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code, or in connection with the Bankruptcy Case, or any matter related thereto, be, and hereby is, adopted, ratified, and confirmed in all respects as the acts and deeds of the Company; and it is

**RESOLVED FURTHER**, that the acts, actions, and transactions heretofore taken by the Authorized Persons in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions ,and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be and hereby are, ratified, confirmed, and approved in all respects.

This action by unanimous written consent shall be effective as of the day and date first above written.

SMARTHOME VENTURES, LLC,
as sole member of Get Notion LLC

By: _____
Albert Altro
Chapter 11 Trustee of SmartHome Ventures, LLC

**Fill in this information to identify the case:**

Debtor name: Get Notion, LLC

United States Bankruptcy Court for the: District of Delaware
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                              12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Asteelflash Suzhou<br>No. 8 Gu Tang Road<br>Wujiang, Jiangsu, Wujiang 215200<br>China | | | | | | $2,199,137.69 |
| 2 | Aligned Technology Group<br>702 Oberlin Rd., Suite 220<br>Raleigh, NC 27605 | | | | | | $394,725.98 |
| 3 | Amazon Web Services, Inc<br>PO Box 84023<br>Seattle, WA 98124 | | | | | | $97,331.23 |
| 4 | Market Center Investors, LLC<br>PO Box 715805<br>Cincinnati, OH 45271-5805 | | | | | | $77,242.86 |
| 5 | Omni Logistics LLC<br>3200 Olympus Blvd, Ste 300<br>Dallas, TX 75019 | | | | | | $70,511.10 |
| 6 | New Relic<br>188 Spear St., Suite 1200<br>San Francisco, CA 94105 | | | | | | $67,424.32 |
| 7 | DCL Logistics<br>4455 E. Philadelphia Street<br>Ontario, CA 91761 | | | | | | $48,535.24 |
| 8 | Code LLC<br>3412 Blake St.<br>Denver, CO 80205 | | | | | | $45,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  **Get Notion, LLC**
_____
Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  60Nrth<br>1712 NE 17th Way<br>Fort Lauderdale, FL 33305 | | | | | | $40,300.00 |
| 10  RapidSOS<br>3 Park Ave., 22nd Floor<br>New York, NY 10016 | | | | | | $38,237.10 |
| 11  Avantive Solutions (f/k/a/ Ipacesettters)<br>14002 E. 21st Street, #1000<br>Tulsa, OK 74134 | | | | | | $30,159.05 |
| 12  Zebulon Solutions, LLC<br>1822 Skyway Unit A<br>Longmont, CO 80504 | | | | | | $27,008.63 |
| 13  MackRo Consulting LTD<br>63 Stewart Dr<br>Guelph, Ontario<br>Canada | | | | | | $23,520.00 |
| 14  Volansys<br>7th Floor, A-Wing, Safal Profitaire, Corporate Rd<br>Prahaladnagar, Ahmedabad 380015<br>India | | | | | | $18,780.00 |
| 15  Leedarson Lighting, LTD<br>Bldg. 1511, 2nd<br>Fanghu North Road<br>Xiamen 361010<br>China | | | | | | $11,900.00 |
| 16  IFTTT<br>2261 Market Street, #4383<br>San Francisco, CA 94114 | | | | | | $5,000.00 |
| 17  warneke<br>4500 Joliet Street<br>Denver, CO 80239 | | | | | | $3,881.90 |
| 18  Jumpcloud<br>361 Centennial Pkwy, Suite 300<br>Louisville, CO 80027 | | | | | | $3,801.84 |
| 19  Salesforce<br>415 Mission Street<br>San Francisco, CA 94105 | | | | | | $1,695.38 |
| 20  Communication Graphics<br>1787 Sentry Parkway West<br>Bldg. 16, Ste. 240<br>Blue Bell, PA 19422 | | | | | | $1,257.32 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**Fill in this information to identify the case and this filing:**

Debtor Name ___Get Notion, LLC_____

United States Bankruptcy Court for the: _____ District of ___Delaware___
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❏ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/01/2024___   ✘ ___/s/ Scott Ford_____
MM / DD / YYYY           Signature of individual signing on behalf of debtor

                Scott Ford
                _____
                Printed name

                Chief Operating Officer
                _____
                Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**